## McClure v. Richardson.

George, J. The evidence authorized the verdict, and the assignments of error based upon excerpts from the court's charge do not show cause for reversal.          *Judgment affirmed. All the Justices concur.*

           No. 1204. May 15, 1919.

Equitable petition.    Before Judge Jones.    White superior court. September 7, 1918.

    *McMillan & Erwin* and *I. H. Sutton*, for plaintiff in error.

    *Underwood & Henderson, T. F. Underwood* and *C. H. Edwards*, contra.